AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

JESSICA ANNA COCO
        Plaintiff

V.

NEW JERSEY HIGHER EDUCATION
STUDENT ASSISTANCE AUTHORITY

        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 07-cv-2725 (KSH)

    Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

    IT IS ORDERED that the application is:

    <u>GRANTED</u>, <u>see</u> <u>Mock v. Northhampton County</u> (<u>In</u> <u>re</u> <u>Mock</u>), 252 Fed. Appx. 522 (3d Cir. 2007); <u>Ezekoye v. Ocwen Loan Servicing, LLC</u> (<u>In</u> <u>re</u> <u>Ezekoye</u>), 185 Fed. Appx. 181 (3d Cir. 2006).

ENTER this 23rd day of June, 2008

/s/ Katharine S. Hayden
**Signature of Judicial Officer**

KATHARINE S. HAYDEN, U.S.D.J.
**Name and title of Judicial Officer**